90 P.3d 883

# SUPREME COURT OF HAWAI'I

**May 25, 2004**

| | | |
|---|---|---|
| 25133 | Cabalis v. AIG Hawaii Ins. Co. | Affirmed |

**June 2, 2004**

| | | |
|---|---|---|
| 24078 | State v. Thompson | Affirmed |

**June 8, 2004**

| | | |
|---|---|---|
| 25896 | State v. Lameg | Affirmed |

**June 10, 2004**

| | | |
|---|---|---|
| 23586 | State v. Pierson | Affirmed |
| 23781 | State v. Pierson | Affirmed |